Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Defendants Airbnb, Inc.,*
*and Airbnb RPG, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALACHI MCCORMICK, an individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC an Arizona limited liability company;<br><br>Defendants. | Case No.: 2:26-cv-00507-CDS-BNW<br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR AIRBNB DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT (First Request)** |

COMES NOW, Defendants Airbnb, Inc. and Airbnb RPG, Inc. (collectively "Airbnb"), by and through their undersigned counsel Christian L. Moore and Laxalt law Group, Ltd., and Plaintiffs Malachi McCormick, Jireh Johnson, and Jeannette Denogean, by and through their counsel Mysty Landford and Richard Harris Law Firm, who hereby stipulate and agree that Airbnb's deadline to file a responsive pleading to Plaintiffs' Complaint, which is currently set for March 19, 2026, shall be extended until April 20, 2026. This Stipulation is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is the parties' first stipulation for extension of time for Airbnb to respond to Plaintiffs' Complaint.

Good cause exists for this extension as counsel for Airbnb has only recently been retained and requires time to investigate the underlying facts giving rise to this matter and confer with Airbnb, counsel for Plaintiff, and counsel for Defendant FMI US Rentals, LLC.

Plaintiffs' counsel has courteously agreed to this extension of time. This Stipulation was prepared by counsel for Airbnb with the consent of counsel for Plaintiffs and is made in good faith and not for purposes of delay. Accordingly, upon Court approval, Airbnb shall have up to and including April 20, 2026, to respond to Plaintiffs' Complaint.

DATED this 16th day of March, 2026

RICHARD HARRIS LAW FIRM

*/s/ Misty D. Langford*

Mysty D. Langford
(SBN 16909)
801South Fourth Street
Las Vegas, NV  89101
(702) 444-4444
mlangford@richardharrislaw.com

DATED this 16th day of March, 2026

LAXALT LAW GROUP, LTD.

*/s/ Christian L. Moore*

Christian L. Moore
(SBN 3777)
9790 Gateway Drive, Suite 200
Reno, NV 89521
(775) 322-1170
cmoore@laxaltlaw.com

**ORDER**

IT IS SO ORDERED.

Dated this  17th  day of March, 2026.

_____
United States Magistrate Judge