Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
dylan.todd@clydeco.us
*Attorneys for Defendant,*
*FMI US RENTALS, LLC*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| MALACHI McCORMICK, an individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC, an Arizona limited liability company, <br><br> Defendants. | CASE NO.:  2:26-cv-00507 <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** <br><br> [Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1] |

Plaintiffs Malachi McCormick, Jireh Johnson, and Jeannette Denogean (collectively, "Plaintiffs"), by and through their counsel of record, Mysty Langford, Esq., of the Richard Harris Law Firm, Defendant FMI US Rentals, LLC ("FMI"), by and through its newly-retained counsel of record, Dylan Todd of Clyde & Co US LLP, and Defendants Airbnb, Inc. and Airbnb RPG, Inc. (collectively "Airbnb"), by and through their undersigned counsel Christian L. Moore and Laxalt Law Group, Ltd., hereby stipulate and agree, subject to approval of the Court, to extend Defendants FMI's and Airbnb's deadline to file a responsive pleading to Plaintiffs' Complaint from April 20, 2026 to May 14, 2026.  This Stipulation is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is the first stipulation for extension of time for FMI to respond to Plaintiffs' Complaint and the second stipulation for extension of time for Airbnb to respond to Plaintiffs' Complaint.

Good cause exists for the extensions.  As to FMI, FMI recently retained counsel who requires additional time to fully investigate the allegations in the Complaint, evaluate potential responsive pleadings and/or motions, and coordinate with its client.  As to Airbnb, after many

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 1 -

weeks of efforts to obtain information from a third-party insurer relevant to a potential early resolution of Plaintiffs' claims against Airbnb, Airbnb received that information on April 14, 2026. The next day, on April 15, 2026, Airbnb and Plaintiffs' counsel conferred regarding the potential path to early resolution. Airbnb requires a few additional weeks to acquire and provide information to Plaintiffs' counsel relevant to that potential early resolution. Early resolution of Plaintiffs' claims against Airbnb would preserve judicial resources and make this litigation more efficient, and a unified pleading schedule as to all Defendants will simplify the calendar as it relates to future filing deadlines. As such, good cause exists to grant these extensions. Plaintiffs' counsel has agreed to grant FMI and Airbnb these extensions of time to file their responsive pleadings, and the requested extensions will not prejudice Plaintiffs or cause undue delay of these proceedings;

Thus, the Parties hereby stipulate, subject to approval of the Court, to extend the deadline for FMI's and Airbnb's responsive pleadings in the above-captioned matter from April 20, 2026 to **May 14, 2026;**

WHEREAS, the parties appreciate the Court's patience in this matter.

Respectfully Submitted,

Dated: April 20, 2026

**CLYDE & CO US LLP**

*/s/   Dylan P. Todd*
Dylan P. Todd, Esq.
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
*Attorneys for Defendant,*
*FMI US RENTALS, LLC*

Dated: April 20, 2026

**RICHARD HARRIS LAW FIRM**

*/s/ Mysty Langford*
Mysty Langford, Esq.
801 S. 4th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs,*
*MALACHI McCORMICK, JIREH JOHNSON,*
*and JEANNETTE DENOGEAN*

Dated: April 20, 2026

**LAXALT LAW GROUP**

*/s/   Christian L. Moore*
Christian L. Moore, Esq.
9790 Gateway Drive, Suite 200
Reno, NV 89521
*Attorneys for Defendants,*
*AIRBNB, INC. and AIRBNB RPG, INC.*

## PROPOSED ORDER

Pursuant to the Stipulation of the parties and good cause appearing, the deadline for Defendant FMI US Rentals, LLC to file a responsive pleading to Plaintiffs' Complaint in the above-captioned matter is hereby extended from April 20, 2026 to May 14, 2026.

**IT IS SO ORDERED**.

Dated: _April 21_, 2026

_____
United States Magistrate Judge

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

- 3 -

# Signature Approval

# of

# Christian L. Moore, Esq.

## Todd, Raphaela

| | |
|---|---|
| **From:** | Christian Moore <cmoore@laxaltlaw.com> |
| **Sent:** | Monday, April 20, 2026 10:44 AM |
| **To:** | Todd, Raphaela; Barr, Sarah; Todd, Dylan; Mysty D. Langford |
| **Cc:** | Kulkarni-Knight, Aditi |
| **Subject:** | RE: * REVISED STIP & ORDER * - McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline [CC-US.73034.10801034] |
| **Attachments:** | DRAFT - Stip and Order to Extend Time to Respond.docx |

Thanks Raphaela for your follow up. You are authorized to affix my electronic signature to the attached stipulation.

### Christian L. Moore, Esq.
ATTORNEY



9790 Gateway Drive, Suite 200 | Reno, NV 89521
t 775.322.1170 | f 775.322.1865 | www.laxaltlaw.com

 

CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the intended addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Sent:** Monday, April 20, 2026 10:37 AM
**To:** Barr, Sarah <sarah.barr@davisgraham.com>; Todd, Dylan <Dylan.Todd@clydeco.us>; Christian Moore <cmoore@laxaltlaw.com>; Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Kulkarni-Knight, Aditi <Aditi.Kulkarni@davisgraham.com>
**Subject:** * REVISED STIP & ORDER * - McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline [CC-US.73034.10801034]
**Importance:** High

Hello:

There were several formatting changes that needed to be done.   All requested redline changes are reflected here.  Would each of you please review and provide your approval for electronic signature so that we can submit to the Court?

I noticed that Christian Moore's name and Firm on this document, so we will need his approval for signature.   Thanks very much.

**Raphaela Todd**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2891 | **Mobile:** 7026069358

  |  7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | Fax +1 725 248 2907 | **www.clydeco.us**

 Please consider the environment before printing

---

**From:** Barr, Sarah <sarah.barr@davisgraham.com>
**Sent:** Monday, April 20, 2026 8:21 AM
**To:** Todd, Dylan <Dylan.Todd@clydeco.us>; Christian Moore <cmoore@laxaltlaw.com>; Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Todd, Raphaela <Raphaela.Todd@clydeco.us>; Kulkarni-Knight, Aditi <Aditi.Kulkarni@davisgraham.com>
**Subject:** RE: McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline

Thanks Dylan – we appreciate you filing this morning!

Best wishes,
Sarah

**SARAH BARR**

Staff Attorney
**D**: 303.892.7338



---

**From:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Sent:** Sunday, April 19, 2026 7:11 PM
**To:** Barr, Sarah <sarah.barr@davisgraham.com>; Christian Moore <cmoore@laxaltlaw.com>; Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Todd, Raphaela <Raphaela.Todd@clydeco.us>; Kulkarni-Knight, Aditi <Aditi.Kulkarni@davisgraham.com>
**Subject:** RE: McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline

Hi Sarah,

I think we are going and will proceed with getting it filed Monday morning.

If there is any issue we will follow up asap.

Thanks

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931

  |  7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | **www.clydeco.u**s

 Please consider the environment before printing

---

**From:** Barr, Sarah <sarah.barr@davisgraham.com>
**Sent:** Friday, April 17, 2026 2:29 PM
**To:** Christian Moore <cmoore@laxaltlaw.com>; Todd, Dylan <Dylan.Todd@clydeco.us>; Mysty D. Langford <mlangford@richardharrislaw.com>

# Signature Approval

# of

# Mysty Langford, Esq.

Todd, Raphaela

| From: | Mysty D. Langford <mlangford@richardharrislaw.com> |
|---|---|
| Sent: | Monday, April 20, 2026 12:13 PM |
| To: | Christian Moore; Todd, Raphaela; Barr, Sarah; Todd, Dylan |
| Cc: | Kulkarni-Knight, Aditi |
| Subject: | Re: * REVISED STIP & ORDER * - McCormick v. AIRBNB, FMI:  Draft Stip and Order to Extend FMI Response Deadline [CC-US.73034.10801034] |

You may affix my signature.



**MYSTY D. LANGFORD**

LAWYER - PARTNER

**DIRECT:**  702.444.4367

mlangford@harris.legal

801 S. 4th Street, Las Vegas NV 89101
6900 S. McCarran Blvd., #1010, Reno NV 89509
702.444.4444 - Las Vegas
775.222.2222 - Reno
833.222.2222 - Toll Free
702.444.4455 - Fax

**What's your story? Here's ours.**

*Please read the **Legal Disclaimer** that governs this email and any attachments.*

**From:** Christian Moore <cmoore@laxaltlaw.com>
**Sent:** Monday, April 20, 2026 10:43 AM
**To:** Todd, Raphaela <Raphaela.Todd@clydeco.us>; Barr, Sarah <sarah.barr@davisgraham.com>; Todd, Dylan <Dylan.Todd@clydeco.us>; Mysty D. Langford <mlangford@richardharrislaw.com>

1

**Cc:** Kulkarni-Knight, Aditi <Aditi.Kulkarni@davisgraham.com>
**Subject:** RE: * REVISED STIP & ORDER * - McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline [CC-US.73034.10801034]

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Thanks Raphaela for your follow up. You are authorized to affix my electronic signature to the attached stipulation.

## Christian L. Moore, Esq.
ATTORNEY



9790 Gateway Drive, Suite 200 | Reno, NV 89521
t 775.322.1170 | f 775.322.1865 | www.laxaltlaw.com

 

CONFIDENTIAL COMMUNICATION: This electronic mail message and any attachments are intended only for the use of the intended addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone and delete all copies of this email message along with all attachments. Thank you.

---

**From:** Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Sent:** Monday, April 20, 2026 10:37 AM
**To:** Barr, Sarah <sarah.barr@davisgraham.com>; Todd, Dylan <Dylan.Todd@clydeco.us>; Christian Moore <cmoore@laxaltlaw.com>; Mysty D. Langford <mlangford@richardharrislaw.com>
**Cc:** Kulkarni-Knight, Aditi <Aditi.Kulkarni@davisgraham.com>
**Subject:** * REVISED STIP & ORDER * - McCormick v. AIRBNB, FMI: Draft Stip and Order to Extend FMI Response Deadline [CC-US.73034.10801034]
**Importance:** High

Hello:

There were several formatting changes that needed to be done.   All requested redline changes are reflected here.  Would each of you please review and provide your approval for electronic signature so that we can submit to the Court?

I noticed that Christian Moore's name and Firm on this document, so we will need his approval for signature.   Thanks very much.

**Raphaela Todd**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2891 | **Mobile:** 7026069358