Christian L. Moore, Esq. (SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Defendants Airbnb, Inc.,*
*and Airbnb RPG, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALACHI MCCORMICK, an individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC an Arizona limited liability company;<br><br>    Defendants. | Case No.: 2:26-cv-00507-CDS-BNW<br><br><br>**STIPULATION FOR EXTENSION OF TIME FOR AIRBNB DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT (Third Request)** |

COMES NOW, Defendants Airbnb, Inc. and Airbnb RPG, Inc. (collectively "Airbnb"), by and through their undersigned counsel Christian L. Moore and Laxalt Law Group, Ltd., and Plaintiffs Malachi McCormick, Jireh Johnson, and Jeannette Denogean, by and through their counsel Mysty Landford and Richard Harris Law Firm (collectively "Plaintiffs"), and Defendant FMI US Rentals, LLC ("FMI"), who hereby stipulate and agree that Airbnb's deadline to file a responsive pleading to Plaintiffs' Complaint, which is currently set for May 14, 2026, shall be extended by fourteen (14) days through May 29, 2026. This Stipulation is submitted pursuant to LR IA 6-1 and LR IA 6-2 and is the parties' third stipulation for extension of time for Airbnb to respond to Plaintiffs' Complaint.

Good cause exists for this third extension because counsel for Plaintiffs agreed to potential dismissal of Airbnb on April 24, 2026 based upon certain representations to be provided. To avoid unnecessary expenses to Airbnb, counsel for Airbnb ceased work on

preparing a responsive pleading at that time based on Plaintiffs' representation. However, on May 7, 2026, having obtain additional information, Plaintiffs represented that they cannot dismiss Airbnb at this juncture. As a result, Airbnb seeks what it expects will be a third and final extension of time of fourteen (14) days to file a responsive pleading.

Counsel for Plaintiffs and FMI have courteously agreed to this extension of time. This Stipulation was prepared by counsel for Airbnb with the consent of counsel for Plaintiffs and FMI and is made in good faith and not for purposes of delay. Accordingly, upon Court approval, Airbnb shall have up to and including May 29, 2026, to respond to Plaintiffs' Complaint.

DATED this 11th day of May, 2026

RICHARD HARRIS LAW FIRM

/s/ Mysty D. Langford
Mysty D. Langford
(SBN 16909)
801South Fourth Street
Las Vegas, NV  89101
(702) 444-4444
mlangford@richardharrislaw.com
Attorneys for Plaintiffs

DATED this 11th day of May, 2026

CLYDE & CO US LLP


/s/ Dylan P. Todd
Dylan P. Todd
(SBN 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV  89128
(725) 248-2900
dylan.todd@cydeco.us
Attorneys for Defendant FMI US
Rentals, LLC

DATED this 11th day of May, 2026

LAXALT LAW GROUP, LTD.

/s/ Christian L. Moore
Christian L. Moore
(SBN 3777)
9790 Gateway Drive, Suite 200
Reno, NV 89521
(775) 322-1170
cmoore@laxaltlaw.com
Attorneys for Defendants Airbnb, Inc.,
and Airbnb RPG, Inc.

**ORDER**

IT IS SO ORDERED.

Dated this   12th  day of May, 2026.

_____
United States Magistrate Judge