**Tabetha A. Martinez, Esq. (NV 14237)**
**Ashlie L. Surur, Esq. (NV  11290)**
**Jessica Recarey-Valenzuela, Esq. (NV 16611)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101

**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
       asurur@burgermeyer.com
       jrecarey-valenzuela@burgermeyer.com

*Attorneys for Defendant,*
*FMI US Rentals, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALACHI MCCORMICK, individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual,<br><br>Plaintiffs<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC an Arizona limited liability company;<br><br>Defendants | Case No.: 2:26-cv-00507-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT FMI US RENTALS, LLC'S MOTION TO DISMISS COMPLAINT**<br>**(First Request)**<br><br>[ECF No. 25] |

Pursuant to LR IA 6-1, the parties, by and through their attorneys of record, stipulate as follows:

1.    Defendant FMI US Rentals, LLC filed FMI US Rentals, LLC'S Motion To Dismiss Complaint on May 22, 2026 [ECF No. 19].

2.    Plaintiffs filed Plaintiffs' Opposition to Defendant FMI US Rentals, LLC'S Motion to Dismiss Complaint on May 29, 2026 [ECF No. 22].

3. Under LR 7-2(b) FMI's reply to Plaintiffs' Opposition to Defendant FMI US Rentals, LLC'S Motion to Dismiss Complaint on May 29, 2026 [ECF No. 22] ("Opposition") is due June 5, 2026.

4. This is the first request for an extension of this deadline.

5. The parties agree there is good cause to briefly extend the deadline for FMI to reply to the Opposition. The issues raised in the Motion and Opposition are important jurisdictional issues and the Opposition raises new counter arguments that FMI should be afforded additional time to brief in reply. Co-Defendants have also filed a motion to dismiss that contains arguments impacting the briefing on FMI's Motion.

6. For these reasons, the parties agree to extend the deadline for FMI to file a reply to Plaintiffs' Opposition to Defendant FMI US Rentals, LLC'S Motion to Dismiss Complaint on May 29, 2026 [ECF No. 22] by seven days to June 12, 2026.

7. In addition to good cause, this extension of time will no prejudice any party or the timely resolution of this pending Motion and co-defendant's pending motion to dismiss.

Dated: May 27, 2026

**BURGER, MEYER & D'ANGELO LLP**

By: /s/ Ashlie L. Surur
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
*Attorney for Defendant,*
*FMI US RENTALS, LLC*

Dated: May 27, 2026

**RICHARD HARRIS LAW FIRM**

By: /s/ Mysty Langford
Mysty Langford, Esq.
Nevada Bar No. 16909
801 S. 4th Street
Las Vegas, NV 89101
Attorney for Plaintiffs,
MALACHI McCORMICK, JIREH JOHNSON, And JEANNETTE DENOGEAN

Dated: May 27, 2026

**LAXALT LAW GROUP**

By: /s/ Christian L. Moore
Christian L. Moore, Esq.
Nevada Bar No. 3777
9790 Gateway Drive, Suite 200
Reno, NV 89521
*Attorney for Defendants,*
*AIRBNB, INC. and AIRBNB RPG, INC.*

IT IS SO ORDERED:

_____
United States District Judge
Dated: June 8, 2026

-2-