MYSTY LANGFORD, ESQ.
Nevada Bar No. 16909
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
T: 702.444.4444
F: 702.444.4455
E: mlangford@richardharrislaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MALACHI MCCORMICK, an individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual, <br><br> Plaintiffs <br><br> v. <br><br> AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC an Arizona limited liability company; <br><br> Defendants | Case No.: 2:26-cv-00507-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS AIRBNB, INC. AND AIRBNB RPG, INC.'S MOTION TO DISMISS AND TO COMPEL ARBITRATION** <br><br> **(FIRST REQUEST)** <br><br> [ECF No. 24] |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1(a), Plaintiffs Malachi McCormick, Jireh Johnson, and Jeannette Denogean ("Plaintiffs"), by and through their counsel of record, Mysty Langford, Esq. of the Richard Harris Law Firm, and Defendants Airbnb, Inc. and Airbnb RPG, Inc. (collectively, "Airbnb"), by and through their counsel of record, Christian L. Moore, Esq. of Laxalt Law Group, Ltd. and Jacqueline Roeder, Esq. Davis Graham & Stubbs LLP, hereby stipulate and agree as follows:

1. On May 29, 2026, Airbnb filed its Motion to Compel Arbitration [ECF No. 20] and its Motion to Dismiss [ECF No. 21] (collectively, the "Motions").

2. Pursuant to Local Rule 7-2(b), Plaintiffs' deadline to file and serve points and authorities in response to each of the Motions is presently June 12, 2026.

3. Pursuant to Local Rule 7-2(b), Airbnb's deadline to file and serve a reply in support of each of the Motions is presently seven days after the response is served.

4. Due to Plaintiff's counsel being out of the country, along with conflicting deadlines in other matters and the need for additional time to adequately respond to the two separate Motions and for counsel to discuss a potential stipulation as to the underlying issue of arbitration, Plaintiffs' counsel has requested that the briefing deadlines associated with both Motions be extended by fourteen (14) days. Airbnb has courteously agreed to such a 14-day extension of the remaining briefing deadlines associated with both Motions.

5. The Parties hereby stipulate and agree, and respectfully request, that both the deadline for Plaintiffs' response briefs and the deadline for Airbnb's reply briefs, as to both Motions, be extended by fourteen (14) days. More specifically, the Parties respectfully request:

   a. That Plaintiffs' deadline to file and serve points and authorities in response to the Motion to Compel Arbitration [ECF No. 20] and the Motion to Dismiss [ECF No. 21] be extended to June 26, 2026; and

   b. That Airbnb's deadline to file and serve a reply in support of the Motion to Compel Arbitration [ECF No. 20] and the Motion to Dismiss [ECF No. 21] be extended to July 10, 2026.

6. This is the Parties' first request for an extension of the briefing schedule associated with either of the Motions.

7. The requested extension is supported by good cause. It is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension, and no hearing dates or other deadlines will be affected.

. . . .

. . . .

. . . .

**IT IS SO STIPULATED.**

Dated: June 5 , 2026

**BURGER, MEYER & D'ANGELO, LLP**

/s/   *Ashlie L. Surur*
Ashlie L. Surur, Esq. (NV 11290)
725 S. 8th Street, Ste. 200
Las Vegas, NV 89101
***Attorneys for Defendant,***
***FMI US RENTALS, LLC***

Dated: June 4, 2026

**LAXALT LAW GROUP**

/s/   *Christian L. Moore*
Christian L. Moore, Esq. (NV 3777)
9790 Gateway Drive, Suite 200
Reno, NV 89521

Jacqueline V. Roeder, Esq. (Pro Hac Vice)
Aditi Kulkarni-Knight, Esq. (Pro Hac Vice)
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Telephone: (303) 892-7366

***Attorneys for Defendants,***
***AIRBNB, INC. and AIRBNB RPG, INC.***

Dated: June 5 , 2026

**RICHARD HARRIS LAW FIRM**

/s/   *Mysty Langford*
Mysty Langford, Esq. (NV 16909)
801 S. 4th Street
Las Vegas, NV 89101
***Attorneys for Plaintiffs,***
***MALACHI McCORMICK, JIREH JOHNSON,***
***and JEANNETTE DENOGEAN***

## ORDER

Pursuant to the parties' stipulation [ECF No. 24] and good cause appearing, the plaintiffs' deadline to file and serve points and authorities in response to the motion to compel arbitration [ECF No. 20] and the motion to dismiss [ECF No. 21] is extended to June 26, 2026, and Airbnb's deadline to file and serve a reply is extended to July 10, 2026.

Dated: June 8, 2026

_____
United States District Judge

