Christian L. Moore
(SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
(775) 322-1170
cmoore@laxaltlaw.com

Jacqueline V. Roeder (*Pro Hac Vice*)
Aditi Kulkarni-Knight (*Pro Hac Vice*)
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
(303) 892-7366
jackie.roeder@davisgraham.com
aditi.kulkarni@davisgraham.com
*Attorneys for Defendants Airbnb, Inc.,*
*and Airbnb RPG, Inc.*

Mysty Langford
(SBN 16909)
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, NV 89101
(702) 444-4367
mlangford@richardharrislaw.com
*Attorney for Plaintiffs*

Ashlie L. Surur
(SBN 11290)
BURGER MEYER & D'ANGELO LLP
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
(949) 427-1888
asurur@burgerkmeyer.com
*Attorney for FMI US Rentals, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MALACHI MCCORMICK, an individual; JIREH JOHNSON, an individual; and JEANNETTE DENOGEAN, an individual,<br><br>s,<br><br>v.<br><br>AIRBNB, INC., a Delaware corporation; AIRBNB RPG, INC., a Delaware corporation; FMI US RENTALS, LLC an Arizona limited liability company;<br><br>Defendants. | **2:26-cv-00507-CDS-BNW**<br><br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND ALL CASE DEADLINES PENDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between Plaintiffs Malachi McCormick, Jireh Johnson, and Jeannette Denogean (collectively, "Plaintiffs"), through their counsel of record Mysty Langford, Esq. of the Richard Harris Law Firm, Defendant FMI US Rentals, LLC, through their counsel of record Ashlie L. Surur of Burger, Meyer & D'Angelo, LLP, and Defendants Airbnb, Inc. and Airbnb RPG, Inc. (collectively, the "Airbnb Defendants"), by and through their

counsel Christian Moore of Laxalt Law Group, Ltd., that all discovery and case deadlines be stayed while the Plaintiffs arbitrate their claims against the Airbnb Defendants before the American Arbitration Association.

1. This is the Plaintiffs' and the Defendants' first request for a stay of discovery and case deadlines.

2. On May 29, 2026, the Airbnb Defendants filed their Motion to Compel Arbitration ("Motion to Compel").

3. On May 29, 2026, Plaintiffs' counsel emailed counsel for the Airbnb Defendants and indicated that Plaintiffs do not oppose arbitration and requested a call to confer regarding the same.

4. On June 26, 2026, counsel for Plaintiffs and the Airbnb Defendants conferred regarding arbitration and Plaintiffs agreed to arbitrate their claims against the Airbnb Defendants pursuant to Airbnb's Terms of Service.

5. Counsel for Plaintiffs and Defendants have agreed that while arbitration is ongoing, a stay of all discovery and case deadlines in this litigation is appropriate as to Plaintiffs' claims against all parties, including Plaintiffs' claims against FMI US Rentals, LLC, because Plaintiffs' claims against FMI US Rentals, LLC, and the Airbnb Defendants rely on the same underlying facts and legal theories.

6. It is well recognized that "[c]ourts have broad discretion in managing their dockets." *Byars v. Western Best, LLC*, No. 2:19-CV-1690-JCM-DJA, 2020 WL 8674195, at *1 (D. Nev. Jul. 6, 2020), citing *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997).[1]  In exercising such discretion, "courts are guided by the goals of securing the just, speedy, and inexpensive resolution of actions." *Id*.; *see also* Fed. R. Civ. P. 1.  The Parties agree that good cause exists to stay discovery

---

[1] In their pending Motion to Compel Arbitration, the Airbnb Defendants assert that a stay of litigation is mandated by the Federal Arbitration Act and do not waive this argument through this Stipulation.  *See* Airbnb Defendants' Motion to Compel; *see also HCB Enters., LLC v. Dickey's Barbecue Rests., Inc.*, 2020 U.S. Dist. LEXIS 118887, *3, 2020 WL 3643430 (D. Nev. July 6, 2020) ("[C]ourts do not have discretion when a stay is mandated by statute . . . By its terms, the Federal Arbitration Act 'leaves no place for the exercise of discretion by a district court, but instead mandates that district courts *shall* direct the parties to proceed to arbitration on issues as to which an arbitration agreement has been signed.").

and all case deadlines as to all parties and claims while Plaintiffs and the Airbnb Defendants engage in arbitration, because arbitration may effectively dispose of this action or certain of Plaintiffs' claims. *See Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-CV-00382-GMN-MDC, 2024 WL 2302151, at *1 (D. Nev. May 21, 2024).

7. Proceeding with discovery and other case deadlines while the arbitration is ongoing will cause unnecessary expense to the Parties, could lead to inconsistent decisions on the same legal issues, and may clog this Court's docket with potentially unnecessary discovery disputes or motions practice.

8. Consistent with the foregoing, Plaintiffs and Defendants believe that it is in the interest of judicial efficiency and economy to stay discovery and all case deadlines until the arbitration is complete. When the arbitration is complete, Plaintiffs will file notice with this Court that the arbitration is complete and that litigation may proceed, or will otherwise file a motion to dismiss if appropriate.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**LAXALT LAW GROUP. LTD**.
9790 GATEWAY DRIVE, SUITE 200
RENO, NV 89521
(775) 322-1170

3

9. Plaintiffs and Defendants agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Stipulation.

DATED this 7th day of July, 2026

RICHARD HARRIS LAW FIRM

*/s/ Mysty Langford*
Mysty Langford, Esq.
(SBN 16909)
801 South Fourth Street
Las Vegas, NV 89101
(702) 444-4444
*Attorneys for Plaintiffs*

DATED this 7th day of July, 2026

BURGER MEYER & D'ANGELO LLP

*/s/ Ashlie L. Surur*
Ashlie L. Surur, Esq.
(SBN 11290)
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
(949) 427-1888
*Attorney for FMI US Rentals, LLC*

DATED this 7th day of July, 2026

LAXALT LAW GROUP, LTD.

*/s/ Christian L. Moore*
Christian L. Moore, Esq.
(SBN 3777)
LAXALT LAW GROUP, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
(775) 322-1170

Jacqueline V. Roeder (*Pro Hac Vice*)
Aditi Kulkarni-Knight (*Pro Hac Vice*)
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, CO 80205
(303) 892-7366
*Attorneys for Defendants Airbnb, Inc., and Airbnb RPG, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  July 8, 2026

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LAXALT LAW GROUP, LTD., and that on July 7, 2026 I caused to be served a true and correct copy of the foregoing *STIPULATION AND ORDER TO STAY DISCOVERY AND ALL CASE DEADLINES PENDING ARBITRATION* by:

☒    By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals at the email addresses set for the below:

| | |
|---|---|
| Mysty Langford, Esq.<br>RICHARD HARRIS LAW FIRM<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>(702-444-4444<br>mlangford@richardharrislaw.com<br>*Attorneys for Plaintiff* | Tabetha A. Martinez, Esq.<br>Ashlie L. Surur, Esq.<br>Jessica Recarey-Valenzuela, Esq.<br>BURGER, MEYER & D'ANGELO, LLP<br>725 S. 8th Street, Suite 200<br>Las Vegas, Nevada 89101<br><br>MAILING ADDRESS:<br>999 Corporate Dr., Suite 225<br>Ladera Ranch, CA 92694<br>(949)427-1888<br>tmartinez@burgermeyer.com<br>asurur@burgermeyer.com<br>jrecareyvalenzuela@burgermeyer.com<br>*Attorneys for Defendant, FMI US RENTALS, LLC* |

*/s/ Kathie Martin*
KATHIE MARTIN